# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ARMOND GIBSON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 5:22-CV-338-CAR-CHW |
| | : | |
| | : | |
| MACON STATE PRISON, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER ON REPORT AND RECOMMENDATION

Currently before the Court is the United States Magistrate Judge's Recommendation that Defendant Christoper Knight's Motion to Dismiss be granted and Plaintiff Armond Gibson's claims against Defendant Knight be dismissed without prejudice. Gibson did not file an objection to the Report and Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 19] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant Knight's Motion [Doc. 15] is **GRANTED**. Gibson's claims against Defendant Knight are **DISMISSED without prejudice**.

**SO ORDERED,** this 3rd day of August, 2023.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT